IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00344-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT J. GALLEGOS,

      Defendant.

and

MOUNTAIN VISTA HEALTH CENTER,

      Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on May 1, 2007 in this case is GRANTED.

ORDERED and entered this 2nd day of August, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE